UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 14-10864 |
| Rizwan Badr ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

**Order Dismissing For Ineligibility**

It Is Hereby Ordered:

1. The case is dismissed pursuant to 11 U.S.C. Section 109(h) and Section 1307(c).

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling

Dated: April 18, 2014

United States Bankruptcy Judge

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532